1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385
5  (888) 422-5191 fax
   phylg@potterhandy.com
6
7  Attorneys for Plaintiff, BRIAN WHITAKER

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9

10 BRIAN WHITAKER,                    )   Case No.: 2:19-CV-10545-PA-EB
                                      )
11        Plaintiff,                  )   **NOTICE OF SETTLEMENT AND
                                      )   REQUEST TO VACATE ALL
12    v.                              )   CURRENTLY SET DATES**
                                      )
13 DEL FRISCO'S OF CALIFORNIA, LLC,   )
   a California Limited Liability Company; )
14 and Does 1-10,                     )
                                      )
15        Defendants.                 )

16

17      The plaintiff hereby notifies the court that a global settlement has been reached in

18 the above-captioned case and the parties would like to avoid any additional expense,

19 and to further the interests of judicial economy.

20      The plaintiff, therefore, applies to this Honorable Court to vacate all currently set

21 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all

22 parties will be filed within 60 days.

23 Dated: January 21, 2020        CENTER FOR DISABILITY ACCESS

24

25                                By: /s/ Amanda Lockhart Seabock
                                      Amanda Lockhart Seabock
26                                    Attorneys for Plaintiff

27

28